**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | |
| **WESLEY ALAN SMOAK,** | : | **18 U.S.C. § 2252(a)(2)** |
| | : | **(Receipt of Child Pornography)** |
| **Defendant** | : | |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 31, 2026, in the District of Columbia and elsewhere, the defendant, **WESLEY ALAN SMOAK**, did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that has been shipped or transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Caroline Burrell*

AUSA Caroline Burrell
C.A. Bar 283687
601 D St., N.W.
Washington, D.C. 20530
(202) 252-6950
Caroline.Burrell@usdoj.gov